UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
October 26, 2023
Nathan Ochsner, Clerk of Court

Guillermo Enrique Villarreal,  )
Defendant,                     )
                               )
vs.                            )   Case No. 1:11-Cr-1100
                               )   Civil No. 1:23-cv-158
United States Of America,      )
Respondent.                    )

MOTION FOR FINAL DISPOSITION OF UNTRIED INDICTMENTS

Comes now the Defendant, Guillermo Eqrique Villarreal, hereinafter Villarreal and moves this Honorable Court to Grant this Motion for Final Dispostion Of Untried Indictments. This Motion was filed pursuant to the Uniform Mandatory disposition of Detainers Act, §15-9-80 to §15-9-88. Villarreal pursuant to Article I seeks the proper status of any and all detainers and the orderly disposition of these detainers. For good cause Villarreal would show the following:

The U.S. Marshal for the Southern District of Texas filed a Detainer. (Exhibit 1) Pursuant to Article III(d) Villarreal files this Motion to Warden III Antonio McCalin "who shall promptly forward it together with the certificate to the appropriate prosecuting offical and court by registered or certified mail, return receipt requested." This Motion is filed "to be delivered to the prosecuting officer and the appropriate court of the prosecuting officer's jurisdiction.

Villarreal would show that the Detainer filed by the U.S. Marshall that the sentence has been completed. (Exhibit 2)

Wherefore, considering the foregoing, the Defendant hereby moves this Honorable Court to Grant his Motion For Final Disposition Of

1 of 2

Untried Indictments. Respectfully submitted this the 4th day of October, 2023.

*Guillermo E. Villarreal*
Guillermo Enrique Villarreal
(USFM No.04319379)

### CERFIFICATE OF SERVICE

I hereby certify that a true copy of the above has been served on all parties by placing same in the United States Mail; postate prepaid and properly addressed on this 4th day of October, 2023 upon:

Magistrate Judge
Hon. Ronald George Morgan
600 E. Harrison St. RM 204
Brownsville, TX 78520-7111

U.S. Marshal Southern
District of Texas
515 Rusk Avenue RM 10002
Houston, TX 77022

*Guillermo E. Villarreal*
Guillermo Enrique Villarreal

I swear or affirm under penalty of perjury that the foregoing is true and correct.

*Guillermo E. Villarreal*
Signature of Petitioner

SWORN TO AND SUBSCRIBED before me this the 4th day of October, 2023.

*Yashana Adams*
Notary Public

8/18/27
My commission expires

Guillermo Enrique Villarreal
#331251  E2-15A
200 Wallace Drive
Clio, Al 36017

Guillermo Enrique Villarreal #331251   E2-15A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 360
5 OCT 2023 PM 4 L

Magistrate Judge
Hon. Ronald George Morgan
600 E. Harrison St. RM 204
Brownsville, TX 78520-7111

## LEGAL USE ONLY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."