United States District Court
Southern District of Texas
**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMO ENRIQUE VILLARREAL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-158 |
| | § | |
| BUREAU OF PRISONS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Guillermo Enrique Villarreal is the defendant in *United States v. Villarreal*, Criminal No. 1:11-CR-1100-1 ("CR"). In that criminal action, in November 2022, the Court found that Villarreal had violated the conditions of his supervised release. The Court revoked his term of supervised release and sentenced him to 15 months of incarceration as to Count One and nine months of incarceration as to Count Two, to be served concurrently with each other. (Judgment, CR Doc. 80) Notably, the Court did not reimpose any term of supervised release at the conclusion of Villarreal's term of imprisonment. (*Id.*)

At the time of the revocation hearing, Villarreal had begun to serve a prison sentence that an Alabama state court had imposed. The Court ordered that Villarreal's revocation sentence also run concurrent to any undischarged term of incarceration from the Alabama state court sentence. (*Id.*) It is the Court's understanding that in connection with that state sentence, Villarreal remains incarcerated in an Alabama state detention facility.

In the federal criminal matter, Villarreal filed a Motion for Final Disposition of Untried Documents (Doc. 1), appearing to challenge a federal detainer that had been filed against him while he remained in state custody. The Court construed the filing as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, and ordered that the matter be opened as an action under Section 2241 against the Bureau of Prisons. (*See* Order, CR Doc. 82)

On December 18, 2023, the Bureau of Prisons responded to the petition, asserting that the federal detainer would expire on December 24, 2023, at the conclusion of Villarreal's federal sentence. (Answer, Doc. 9, 2)  Villarreal's state sentence is not set to expire until July 27, 2024. (*Id*. at 5 (citing data from the Alabama Department of Corrections Inmate Locator))

Earlier this month, the Court ordered the Bureau of Prisons to file a notice as to whether the federal detainer had been lifted and to include any correspondence with the Alabama correctional authorities confirming that fact. (Order, Doc. 10)  The Bureau of Prisons complied, confirming that Villarreal completed his federal sentence on December 24, 2023, and that the federal detainer had been lifted. (Notice, Doc. 11; *see also* Letter, Doc. 12–1, 2 (confirming request to lift the detainer))

During the period that Villarreal remained incarcerated based on his state conviction and the federal revocation of his supervised release, he was in both state and federal custody. *Villegas v. Thaler*, 480 Fed. App'x 761, 762 (5th Cir. 2011).  But he has now completed his federal sentence, and the federal detainer has been lifted.  He no longer remains in federal custody and is not subject to an additional term of supervised release.  As a result, any challenge to his federal detainer is now moot. *See Sosa v. United States*, 504 Fed. App'x 353 (5th Cir. 2013) (concluding that the petitioner's release from custody rendered moot his petition attacking an immigration detainer); *Gorman v. Dunn*, 451 F.2d 1227, 1227 (5th Cir. 1971) (reasoning that the removal of a detainer rendered moot a complaint challenging that detainer).

For these reasons, it is:

**ORDERED** that Petitioner Guillermo Enrique Villarreal's Motion for Final Disposition of Untried Indictments (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on January 5, 2024.

Fernando Rodriguez, Jr.
United States District Judge